UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PIEROG,<br><br>                    Plaintiff<br><br>v.<br><br>PALISADES ACQUISITION V, LLC; MALEN & ASSOCIATES, P.C.<br><br>                    Defendants | Civil Action No. 08 CV 4221 (WHP)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Paul Pierog hereby dismisses this action with prejudice against all defendants.

Dated: July 25, 2008
       New York, NY                         Respectfully Submitted,


                                            _____/s/_____
                                            Claudia Wilner (CW 1995)
                                            NEIGHBORHOOD ECONOMIC
                                            DEVELOPMENT ADVOCACY
                                            PROJECT (NEDAP)
                                            73 Spring Street, Suite 506
                                            New York, NY 10012
                                            212-680-5100

                                            ATTORNEY FOR PLAINTIFF

1