UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PIEROG,<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>PALISADES ACQUISITION V, LLC; MALEN & ASSOCIATES, P.C.<br><br>　　　　　　　　Defendants | Civil Action No. 08 CV 4221 (WHP)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Paul Pierog hereby dismisses this action with prejudice against all defendants.

Dated: August 12, 2008
　　　　New York, NY　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　__Claudia Wilner__/s/_____
　　　　　　　　　　　　　　　　　　　　　　Claudia Wilner (CW 1995)
　　　　　　　　　　　　　　　　　　　　　　NEIGHBORHOOD ECONOMIC
　　　　　　　　　　　　　　　　　　　　　　DEVELOPMENT ADVOCACY
　　　　　　　　　　　　　　　　　　　　　　PROJECT (NEDAP)
　　　　　　　　　　　　　　　　　　　　　　73 Spring Street, Suite 506
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10012
　　　　　　　　　　　　　　　　　　　　　　212-680-5100

　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF